THE PEOPLE OF THE STATE OF NEW YORK ex rel. GERTRUDE V. WHITNEY, Appellant, against HARRY B. CHAMBERS et al., Constituting the Tax Commission of the City of New York, Respondents.

Argued January 7, 1948; decided March 5, 1948.

*Charles Lamb, Walter L. Hopkins* and *Walter G. Dunnington* for appellant.

*Charles E. Murphy, Corporation Counsel (Ira Wollison, William F. Murphy* and *Morris Handel* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.